UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NELSON YOVANNY GUERRERO RONDON,<br><br>Petitioner(s),<br><br>v.<br><br>WARDEN OF NORTHWEST ICE PROCESSING CENTER, et al.,<br><br>Respondent(s). | CASE NO. C26-4044-KKE<br><br>ORDER DENYING AS MOOT MOTION FOR EXPEDITED CONSIDERATION |

Petitioner filed a petition for writ of habeas corpus and a motion to expedite consideration of the petition on October 21, 2026. Dkt. Nos. 1, 2. Petitioner's motion requests "expedited consideration and a prompt order requiring Respondent[s] to explain the legal and factual basis for his current detention." Dkt. No. 2 at 1. The next day, October 22, 2026, the Court issued an order that, among other things, directs Respondents to file a return no later than November 5, 2026, and permits Petitioner to file a traverse no later than November 19, 2026. Dkt. No. 3. Because the Court's October 22, 2026 order affords substantially the same relief Petitioner requests by his motion to expedite, the Court DENIES AS MOOT the motion (Dkt. No. 2).

//

//

Dated this 26th day of October, 2026.

Kymberly K. Evanson
United States District Judge