UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NELSON YOVANNY GUERRERO RONDON,<br><br>Petitioner(s),<br>v.<br><br>WARDEN OF NORTHWEST ICE PROCESSING CENTER, et al.,<br><br>Respondent(s). | CASE NO. C26-4044-KKE<br><br>ORDER GRANTING UNOPPOSED PETITION FOR WRIT OF HABEAS CORPUS |

After Petitioner was arrested and detained by United States Immigration and Customs Enforcement officers, he filed a petition for a writ of habeas corpus under 28 U.SC. § 2241. Dkt. No. 1. His petition argues that his detention is unlawful because it violates his constitutional right to procedural due process. *Id*. at 3. Petitioner requests release from detention. *Id*.

The Government does not oppose the petition. Dkt. No. 7. Accordingly, the Court GRANTS the petition (Dkt. No. 1) and ORDERS that Petitioner shall be released from detention no later than November 7, 2026, on the terms of his prior supervision order. The Government shall file a status report no later than November 9, 2026, to confirm Petitioner's release in compliance with this order.

Dated this 6th day of November, 2026.

Kymberly K. Evanson
United States District Judge